B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

IN RE:                                                           Case No. _____

LINDSAY, JANE ERIN _____    Chapter **13** _____
                              Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $  220,000.00 | | |
| B - Personal Property | Yes | 4 | $  24,220.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $  213,041.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $  74,960.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $  5,217.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $  4,713.66 |
| TOTAL | | 16 | $  244,220.00 | $  288,001.00 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

**United States Bankruptcy Court**

**Eastern District of Pennsylvania**

IN RE:                                                                    Case No. _____

**LINDSAY, JANE ERIN** _____        Chapter **13** _____

Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 5,217.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 4,713.66 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 4,002.00 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 213,041.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 74,960.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 288,001.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **LINDSAY, JANE ERIN**                                      Case No. _____

Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **PREMISES: 204 MORWOOD ROAD, HARLEYSVILLE, PA 19438** | | | **220,000.00** | **196,000.00** |
| | | TOTAL | **220,000.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



**PAUL W.**

# MEYERS INC

## REAL ESTATE

**211 East Broad Street
Souderton, PA 18964**

**215-721-9444**

fax: 215-721-7376
www.meyersrealestate.com

April 9, 2010

Re:    204 Morwood Road

       Harleysville, Pa. 19438

Dear Sir/Madam:

Upon completion of a Comparative Market Analysis on the above-mentioned  property, it is my professional opinion, that in today's real estate market, the value of this property would be in the range of $210,000 and $215,000.

This range of value is based upon comparables provided  through our Multiple Listing Service and also from a list of extensive work needed on the house itself.  Some items needing work are included buy not limited to the following:

-   New carpet throughout  the entire house
-   Painting the interior and exterior of the house
-   New rainspouts
-   Cement driveway repaired
-   Making an entrance to the basement from the inside, currently you can only get to the basement by going outside the house

One must take into consideration that no two properties  are exactly alike and therefore the true value would be to test it on the open market.

I appreciate you allowing me to provide this service for you in meeting your real estate needs.

Sincerely,

*Ruth A. Walter*

Ruth A. Walter, GRI, BR

Associate Broker

Paul W. Meyers, Inc.

RAW/baf

B6B (Official Form 6B) (12/07)

IN RE **LINDSAY, JANE ERIN**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **CASH ON HAND** | | **20.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BANK ACCOUNTS** | | **200.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **HOUSEHOLD FURNITURE: LVNG RM: 3000; DNG RM 800; KTCHN 2000; BED RMS 1400; TV: 1300; COMPTR 700.** | | **9,200.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **WEARING APPAREL** | | **1,000.00** |
| 7.  Furs and jewelry. | | **JEWELRY:  WOMEN;S RINGS; WATCH; NECKLACES EARRINGS & BRACELETS** | | **1,350.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | | **SAMUEL LINDSAY TRUST IN PAYMENT CONSIDERED INCOME (INTERST YEARLY)** | | **0.00** |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **PENSIONS IN PAYMENT AND CONSIDERED INCOME** | | **0.00** |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **LINDSAY, JANE ERIN** _____    Case No. _____
                    Debtor(s)                                                  (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 FORD FOCUS** | | **12,450.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **LINDSAY, JANE ERIN**                                              Case No. _____
_____
Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **24,220.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **1** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 2005 FORD

| Body Type | VIN | List | Trade-In Fair | Good | Pvt-Party Good | Retail Excellent |
|---|---|---|---|---|---|---|
| LX Sedan 4D | P74W | 27945 | 5150 | 6025 | 7650 | 10250 |
| LX Sport Sedan 4D | P74W | 31270 | 5575 | 6475 | 8125 | 10750 |
| **THUNDERBIRD—V8—Equipment Schedule 2** | | | | | | |
| W.B. 107.2"; 3.9 Liter. | | | | | | |
| Soft Top Conv 2D | P60A | 38065 | 15125 | 17025 | 18850 | 22700 |
| 50th Anniv Conv 2D | P89A | 44430 | 18225 | 20375 | 22400 | 26600 |
| Hard Top | | | 800 | 800 | 1065 | 1065 |
| **GT—V8 Supercharged—Equipment Schedule 2** | | | | | | |
| W.B. 106.7"; 5.4 Liter. | | | | | | |
| Coupe 2D | P90S | 143345 | **** | **** | **** | 136500 |

## 2006 FORD—(1,2or3)(F7,FAorZV)–(P31N)–6

**FOCUS—4-Cyl.—Equipment Schedule 6**
W.B. 102.9"; 2.0 Liter, 2.3 Liter.

| Body Type | VIN | List | Fair | Good | Good | Excellent |
|---|---|---|---|---|---|---|
| ZX3 S Hatchback 2D | P31N | 14905 | 5975 | 6900 | 8475 | 11850 |
| ZX3 SE Hatchback 2D | P31N | 15260 | 6000 | 6925 | 8500 | 11850 |
| ZX3 SES Hatchback 2D | P31N | 16020 | 6175 | 7150 | 8725 | 11350 |
| ZX4 S Sedan 4D | P34N | 15205 | 5600 | 6525 | 8075 | 10600 |
| ZX4 SE Sedan 4D | P34N | 15560 | 5625 | 6550 | 8075 | 10600 |
| ZX4 SES Sedan 4D | P34N | 16320 | 5850 | 6775 | 8350 | 10900 |
| ZX4 ST Sedan 4D | P38Z | 17585 | 6450 | 7450 | 9000 | 11650 |
| ZX5 S Hatchback 4D | P37N | 15905 | 6450 | 7450 | 9000 | 11650 |
| ZX5 SE Hatchback 4D | P37N | 16265 | 6475 | 7475 | 9050 | 11700 |
| ZX5 SES Hatchback 4D | P37N | 17030 | 6575 | 7575 | 9125 | 11800 |
| ZXW SE Wagon 4D | P36N | 17280 | 5975 | 6900 | 8475 | 11050 |
| ZXW SES Wagon 4D | P36N | 18040 | 6175 | 7150 | 8725 | 11350 |
| **FUSION—4-Cyl.—Equipment Schedule 4** | | | | | | |
| W.B. 107.4"; 2.3 Liter. | | | | | | |
| S Sedan 4D | P06Z | 18620 | 7125 | 8200 | 9800 | 12500 |
| SE Sedan 4D | P07Z | 19375 | 7725 | 8850 | 10500 | 13350 |
| SEL Sedan 4D | P08Z | 20480 | 8025 | 9200 | 10850 | 13750 |
| Manual Trans | | | (575) | (575) | (765) | (765) |
| | 1 | | 750 | 750 | 1000 | 1000 |
| **MUSTANG—6-Cyl.—Equipment Schedule 4** | | | | | | |
| W.B. 107.1"; 4.0 Liter. | | | | | | |
| Coupe 2D | T80N | 20830 | 7675 | 8775 | 10500 | 13350 |
| Convertible 2D | T84N | 24680 | 9325 | 10625 | 12400 | 15550 |
| Manual Trans | | | (575) | (575) | (765) | (765) |
| **MUSTANG—V8—Equipment Schedule 4** | | | | | | |
| W.B. 107.1"; 4.6 Liter. | | | | | | |
| GT Coupe 2D | T82H | 26855 | 11975 | 13525 | 15250 | 18550 |
| GT Convertible 2D | T85H | 31680 | 13200 | 14900 | 16750 | 20400 |
| **TAURUS—6-Cyl.—Equipment Schedule 4** | | | | | | |
| W.B. 108.5"; 3.0 Liter. | | | | | | |
| SE Sedan 4D | P53U | 21515 | 4650 | 5475 | 7050 | 9575 |
| SEL Sedan 4D | P56U | 23665 | 5325 | 6200 | 7800 | 10400 |
| **FIVE HUNDRED—V6—Equipment Schedule 4** | | | | | | |
| W.B. 112.9"; 3.0 Liter. | | | | | | |
| SE Sedan 4D | P231 | 22930 | 7275 | 8350 | 10000 | 12750 |
| SEL AWD Sedan 4D | P261 | 24780 | 8075 | 9250 | 10900 | 13800 |
| SEL Sedan 4D | P241 | 24930 | 7675 | 8800 | 10450 | 13300 |
| SEL AWD Sedan 4D | P271 | 26780 | 8475 | 9675 | 11350 | 14300 |
| Limited Sedan 4D | P251 | 27080 | 8550 | 9750 | 11450 | 14400 |
| Limited AWD Sedan 4D | P281 | 28930 | 9375 | 10675 | 12350 | 15400 |
| **CROWN VICTORIA—V8—Equipment Schedule 4** | | | | | | |
| W.B. 114.7"; 4.6 Liter. | | | | | | |
| Sedan 4D | P73W | 25285 | 5250 | 6125 | 7725 | 10350 |
| LX Sedan 4D | P74W | 28830 | 6100 | 7050 | 8700 | 11400 |
| LX Sport Sedan 4D | P74W | 31605 | 6575 | 7600 | 9225 | 12000 |
| **GT—V8 Supercharged—Equipment Schedule 2** | | | | | | |
| W.B. 106.7"; 5.4 Liter. | | | | | | |
| Coupe 2D | P90S | 153345 | **** | **** | **** | 147900 |

## 2007 FORD — (1,2or3)(F7,FAorZV)–(P31N)–7

**FOCUS—4-Cyl.—Equipment Schedule 6**
W.B. 102.9"; 2.0 Liter, 2.3 Liter.

| Body Type | VIN | List | Fair | Good | Good | Excellent |
|---|---|---|---|---|---|---|
| S Hatchback 2D | P31N | 14985 | 7350 | 8450 | 9900 | 12450 |
| S Hatchback 4D | P37N | 15985 | 7850 | 9000 | 10500 | 13250 |
| S Sedan 4D | P34N | 15310 | 6950 | 8100 | 9450 | 12050 |
| SE Hatchback 2D | P31N | 15355 | 7375 | 8475 | 9900 | 12500 |
| SE Hatchback 4D | P37N | 16970 | 7900 | 9050 | 10550 | 13300 |
| SE Sedan 4D | P34N | 15665 | 6975 | 8025 | 9500 | 12100 |

## 2007 FORD

| Body Type | VIN | List | Trade-In Fair | Good | Pvt-Party Good | Retail Excellent |
|---|---|---|---|---|---|---|
| SE Wagon 4D | P36N | 17385 | 7350 | 8450 | 9900 | 12450 |
| ST Sedan 4D | P38Z | 17890 | 7850 | 9000 | 10500 | 13250 |
| SES Hatchback 2D | P31N | 18125 | 7625 | 8725 | 10200 | 12800 |
| SES Hatchback 4D | P37N | 17135 | 8000 | 9150 | 10650 | 13400 |
| SES Sedan 4D | P34N | 16425 | 7225 | 8300 | 9750 | 12300 |
| SES Wagon 4D | P36N | 18145 | 7625 | 8725 | 10200 | 12800 |
| **FUSION—4-Cyl.—Equipment Schedule 4** | | | | | | |
| W.B. 107.4"; 2.3 Liter. | | | | | | |
| S Sedan 4D | P06Z | 18845 | 8175 | 9325 | 10900 | 13750 |
| SE Sedan 4D | P07Z | 19705 | 8800 | 10050 | 11650 | 14550 |
| SEL Sedan 4D | P08Z | 20800 | 9200 | 10475 | 12100 | 15000 |
| Manual Trans | | | (600) | (600) | (800) | (800) |
| | 1 | | 750 | 750 | 1000 | 1000 |
| **FUSION—V6—Equipment Schedule 4** | | | | | | |
| W.B. 107.4"; 3.0 Liter. | | | | | | |
| SEL Sedan 4D | P011 | 23430 | 9625 | 10925 | 12500 | 15500 |
| SEL AWD Sedan 4D | P021 | 24525 | 9950 | 11300 | 12900 | 15950 |
| **MUSTANG—V6—Equipment Schedule 4** | | | | | | |
| W.B. 107.1"; 4.0 Liter. | | | | | | |
| Coupe 2D | T80N | 20990 | 9000 | 10225 | 11850 | 14800 |
| Convertible 2D | T84N | 25815 | 10775 | 12225 | 13900 | 17150 |
| Pony Pkg | | | 200 | 200 | 265 | 265 |
| Manual Trans | | | (600) | (600) | (800) | (800) |
| **MUSTANG—V8—Equipment Schedule 4** | | | | | | |
| W.B. 107.1"; 4.6 Liter. | | | | | | |
| GT Coupe 2D | T82H | 27015 | 13725 | 15475 | 17000 | 20400 |
| GT Convertible 2D | T85H | 28195 | 15325 | 17225 | 19000 | 22700 |
| **MUSTANG—V8 Supercharged—Equipment Schedule 4** | | | | | | |
| Shelby GT500 Cobra Cpe | T88S | 42975 | **** | **** | **** | 42600 |
| Shelby GT500 Cobra Cnv | T89S | 47800 | **** | **** | **** | 46200 |
| **TAURUS—6-Cyl.—Equipment Schedule 4** | | | | | | |
| W.B. 108.5"; 3.0 Liter. | | | | | | |
| SE Sedan 4D | P53U | 21745 | 5675 | 6575 | 8075 | 10550 |
| SEL Sedan 4D | P56U | 23895 | 6350 | 7350 | 8850 | 11450 |
| **FIVE HUNDRED—V6—Equipment Schedule 4** | | | | | | |
| W.B. 112.9"; 3.0 Liter. | | | | | | |
| SE Sedan 4D | P241 | 23420 | 7275 | 8375 | 9950 | 12650 |
| SEL AWD Sedan 4D | P271 | 25270 | 9650 | 10950 | 12550 | 15550 |
| Limited Sedan 4D | P251 | 26995 | 9750 | 11050 | 12650 | 15650 |
| Limited AWD Sedan 4D | P281 | 28845 | 10625 | 12025 | 13650 | 16750 |
| **CROWN VICTORIA—V8—Equipment Schedule 4** | | | | | | |
| W.B. 114.6"; 4.6 Liter. | | | | | | |
| Sedan 4D | P73W | 25390 | 6350 | 7350 | 8875 | 11500 |
| LX Sedan 4D | P74W | 28385 | 7275 | 8375 | 9950 | 12650 |

## 2008 FORD — (1,2or3)(F7,FAorZV)–(P32N)–8–#

**FOCUS—4-Cyl.—Equipment Schedule 6**
W.B. 102.9"; 2.0 Liter.

| Body Type | VIN | List | Fair | Good | Good | Excellent |
|---|---|---|---|---|---|---|
| S Coupe 2D | P32N | 14695 | 9650 | 10950 | 12450 | 15350 |
| S Sedan 4D | P34N | 14995 | 9850 | 11150 | 12650 | 15550 |
| SE Coupe 2D | P33N | 15695 | 9900 | 11200 | 12700 | 15600 |
| SE Sedan 4D | P35N | 15995 | 9900 | 11250 | 12600 | 15350 |
| SES Coupe 2D | P33N | 16695 | 10000 | 11350 | 12850 | 15750 |
| SES Sedan 4D | P35N | 16995 | 10125 | 11500 | 13000 | 15900 |
| **FUSION—4-Cyl.—Equipment Schedule 4** | | | | | | |
| W.B. 107.4"; 2.3 Liter. | | | | | | |
| S Sedan 4D | P06Z | 19370 | 10525 | 11925 | 13550 | 16600 |
| SE Sedan 4D | P07Z | 20295 | 11200 | 12650 | 14300 | 17450 |
| SEL Sedan 4D | P08Z | 21000 | 11650 | 13150 | 14750 | 17950 |
| Manual Trans | | | (625) | (625) | (835) | (835) |
| | 1 | | 750 | 750 | 1000 | 1000 |
| **FUSION—V6—Equipment Schedule 4** | | | | | | |
| W.B. 107.4"; 3.0 Liter. | | | | | | |
| SEL Sedan 4D | P011 | 24020 | 12075 | 13625 | 15300 | 18450 |
| SEL AWD Sedan 4D | P021 | 24725 | 12525 | 14125 | 15700 | 18950 |
| **MUSTANG—V6—Equipment Schedule 4** | | | | | | |
| W.B. 107.1"; 4.0 Liter. | | | | | | |
| Coupe 2D | T80N | 20990 | 10475 | 11875 | 13550 | 16650 |
| Convertible 2D | T84N | 25815 | 12475 | 14075 | 15750 | 19150 |
| Pony Pkg | | | 200 | 200 | 265 | 265 |
| Manual Trans | | | (625) | (625) | (835) | (835) |

B6C (Official Form B6C) (4/10)

| In re | Jane Erin Lindsay | Case No. | |
|---|---|---|---|
| | **Debtor** | | *(if known)* |

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐   Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)
☒  11. U.S.C. § 522(b)(2)
☐  11. U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash | | 20.00 | 20.00 |
| Bank Accounts | 11 USC 522(d)(5) | 200.00 | 200.00 |
| Household furniture: Living Room $3,000.00; Dining Room $800.00; Kitchen $2,000.00; Bedrooms $1,400.00; TV $1,30000; Computer $700.00 | 11 USC 522(d)(3) | 9,200.00 | 9,200.00 |
| Wearing Apparel | 11 USC 522(d)(3) | 1,000.00 | 1,000.00 |
| Jewelry | 11 USC 522(d)(4) | 1,350.00 | 1,350.00 |
| Samuel Lindsay Trust. In payment status, interest paid to debtor yearly. IRS quallified, and funds reasonably necessary for the support of debtor. | 11 USC 522(d)(10)(E) | 0.00 | 0.00 |
| Private pension, IRS-qualified, currently in payment status, funds reasonably necessary for the support of debtor. | 11 USC 522(d)(10)(E) | 0.00 | 0.00 |
| 2009 Ford Focus | | 0.00 | 12,450.00 |
| Residence at 204 Morwood Road, Harleysville PA 19438 | 11 USC 522(d)(1) | 21,625.00 | 220,000.00 |

<u>0</u> continuation sheets attached

\* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form B6D) (12/07)

In re  _Jane Erin Lindsay_____    Case No. _____
                    _Debtor_                                            _(if known)_

# SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, If Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER _(See Instructions Above)_ | C O D E B T O R | H, W, J, or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7759<br><br>Ford Credit<br>P.O. Box 220564<br>Pittsburgh, PA<br>15257-2564 | | | Balance of purchase money loan for automobile, incurred December 2009.<br><br>VALUE $ 12,450.00 | | | | 18,702.00 | 6,252.00 |
| ACCOUNT NO. 9653<br><br>Wells Fargo Home Mortgage<br>P.O. Box 11701<br>Newark, NJ 07101-4701 | | | Loan secured by residence, incurred June 1999.<br><br>VALUE $ | | | | 194,339.00 | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

| | | | |
|---|---|---|---|
| 0 continuation sheets attached | Subtotal (Total of this page) ➔ | 213,041.00 | 6,252.00 |
| | Total (Use only on last page) ➔ | 213,041.00 | 6,252.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

IN RE **LINDSAY, JANE ERIN**                                                    Case No. _____
_____                              (If known)
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **LINDSAY, JANE ERIN** _____      Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3652** <br><br> **BANK OF AMERICA** <br> **PO BOX 15726** <br> **WILMINGTON, DE  19886-5726** | | | **UNSECURED CREDIT CARD OPENED IN 10-94** | | | | **4,758.00** |
| ACCOUNT NO. **1014** <br><br> **BANK OF AMERICA** <br> **PO BOX 15019** <br> **WILMINGTON, DE  19886-5019** | | | **UNSECURED CREDIT CARD OPENED IN 10-04.** | | | | **5,232.00** |
| ACCOUNT NO. **0510** <br><br> **CAPITAL ONE BANK (USA) NA** <br> **PO BOX 71083** <br> **CHARLOTTE, NC  28272-1083** | | | **UNSECURED CREDIT CARD OPENED IN 08-03.** | | | | **5,395.00** |
| ACCOUNT NO. **7820** <br><br> **CHASE BANK USA  NA** <br> **FREDERICK J. HANNA,  ATTYS** <br> **1427 ROSWELL ROAD** <br> **MARIETTA, GA  30062** | | | **UNSECURED CREDIT CARD OPENED IN 05-05.** <br> **IN COLLECTION WITH FREDERICK J HANNA LAW FIRM** | | | | **14,061.00** |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)    $   **29,446.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **LINDSAY, JANE ERIN**                                              Case No. _____
_____
                 Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4208** <br> **FIRST USA** <br> **210 SYLVAN AVENUE** <br> **ENGLEWOOD CLIFFS, NJ  07632-2524** | | | **UNSECURED CREDIT CARD OPENED IN 2008** | | | | 12,500.00 |
| ACCOUNT NO. **0608** <br> **HSBC BON  TON** <br> **PO BOX 5253** <br> **CAROL STREAM, IL  60197** | | | **UNSECURED CREDIT CARD OPENED IN 06-07.** | | | | 1,142.00 |
| ACCOUNT NO. **1420** <br> **INFIBANK NA** <br> **LHR, INC.** <br> **56 MAIN STREET** <br> **HAMBURG, NY  14075-4905** | | | **UNSECURED CREDIT CARD OPENED IN 2008.** | | | | 11,930.00 |
| ACCOUNT NO. **5768** <br> **KOHL'S** <br> **KOHL'S - CHASE** <br> **PO BOX 315** <br> **MILWAUKEE, WI  53201-3115** | | | **UNSECURED CREDIT CARD OPENED IN 06-98.** | | | | 1,466.00 |
| ACCOUNT NO. **9170** <br> **NATIONAL CITY** <br> **2730 LIBERTY AVENUE** <br> **PITTSBURGH, PA  15222** | | | **UNSECURED CREDIT CARD OPENED IN 03-02.** | | | | 18,476.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 45,514.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 74,960.00

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **LINDSAY, JANE ERIN**                                                  Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **LINDSAY, JANE ERIN**                                                              Case No. _____
_____
                    Debtor(s)                                                                                    (If known)

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **LINDSAY, JANE ERIN**                                          Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)          DEBTOR          SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ _____ | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ _____ |
| 8. Income from real property | $ _____ | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) **SOCIAL SECURITY RETIREMENT** | $ **1,215.00** | $ _____ |
| _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ **669.00** | $ _____ |
| 13. Other monthly income (Specify) **SAMUEL LINDSAY TRUST INTEREST** | $ **3,333.00** | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ **5,217.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **5,217.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)          $ **5,217.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

**IN RE** LINDSAY, JANE ERIN

Case No. _____

_____
Debtor(s)

_____
(If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,673.00 |
| a. Are real estate taxes included?    Yes ____  No ✓ | | |
| b. Is property insurance included?   Yes ____  No ✓ | | |
| 2. Utilities: | | |
| a. Electricity and heating fuel | $ | 220.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 50.00 |
| d. Other   **CABLE;TV;INTERNET** | $ | 143.00 |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 270.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 175.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 285.00 |
| 8. Transportation (not including car payments) | $ | 240.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 170.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | |
| b. Life | $ | 179.00 |
| c. Health | $ | |
| d. Auto | $ | 120.00 |
| e. Other | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) **Federal Income Taxes** | $ | 275.66 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | |
| b. Other | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other   **See Schedule Attached** | $ | 238.00 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.

$ 4,713.66

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 5,217.00 |
| b. Average monthly expenses from Line 18 above | $ | 4,713.66 |
| c. Monthly net income (a. minus b.) | $ | 503.34 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **LINDSAY, JANE ERIN**                                    Case No. _____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Expenses

| | |
|---|---:|
| **TRASH REMOVAL** | **36.00** |
| **SECURITY SYSTEM** | **30.00** |
| **HairDRESSER** | **100.00** |
| **PROPANE** | **22.00** |
| **Emergency Repairs And Services** | **50.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 – Declaration) (12/07)

IN RE **LINDSAY, JANE ERIN**

_____    Case No. _____
Debtor(s)                                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 21, 2010**_____    Signature: **/s/ JANE ERIN LINDSAY**_____
                                                                              **JANE ERIN LINDSAY**                                    Debtor

Date: _____    Signature: _____
                                                                                                                                    (Joint Debtor, if any)
                                                                              [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                                              _____
                                                                              (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only